No. 82–6216.   TIETBOHL v. WOODS ET AL.   C. A. 9th Cir. Certiorari denied.

No. 82–6226.   HARVEY v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 82–6227.   GARRETT v. OKLAHOMA ET AL.   Ct. App. Okla.   Certiorari denied.

No. 82–6229.   HARRIS v. CONNECTICUT.   Sup. Ct. Conn. Certiorari denied.

No. 82–6232.   HEREFORD v. BRITTAIN.   Ct. App. D. C. Certiorari denied.

No. 82–6236.   WHITE v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 82–6240.   COLEMAN v. LLOYDS BANK OF CALIFORNIA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 82–6242.   SPROGIS-MASTINS v. NEW YORK.   App. Term, Sup. Ct. N. Y., 9th and 10th Jud. Dists.   Certiorari denied.

No. 82–6244.   GRAY v. JAGO ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 82–6246.   DINKENS v. WAINWRIGHT ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 82–6247.   MURPHY v. STEPHENSON ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 82–6248.   YOUNG v. COUNTY OF SAUK, WISCONSIN. Ct. App. Wis.   Certiorari denied.